# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Chandra L. Joiner

                    Plaintiff,

v.                                               Case No.: 1:18–cv–03060
                                                           Honorable Elaine E. Bucklo

SWC Group, L.P.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2019:

      MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing previously set for 1/11/2019 is reset for 1/17/2019 at 9:30 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.