# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHANDRA L. JOINER, <br><br> Plaintiff, <br><br> v. <br><br> SWC GROUP, L.P. formerly known as SOUTHWEST CREDIT SYSTEMS, L.P., <br><br> Defendant. | Case No.: 1:18-cv-03060 <br><br> Honorable Judge Elaine E. Bucklo |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHANDRA L. JOINER and the Defendant, SWC GROUP, L.P. formerly known as SOUTHWEST CREDIT SYSTEMS, L.P., through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 4, 2019

CHANDRA L. JOINER

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
osulaiman@sulaimanlaw.com

Respectfully Submitted,

SWC GROUP, L.P. formerly known as
SOUTHWEST CREDIT SYSTEMS, L.P.

*/s/ Robbie Malone (with consent)*
Robbie Malone
*Counsel for Defendant*
Malone Akerly Martin PLLC
8750 North Central Expressway, Suite 1850
Dallas, Texas 75231
Phone: (214) 346-2630
rmalone@mamlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman